NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7066

STEVEN BUTLER,

Claimant-Appellant,

v.

ERIC K. SHINSEKI,
Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 07-1985, Judge Mary J. Schoelen.

ON MOTION

Before BRYSON, Circuit Judge.

## O R D E R

The Secretary of Veterans Affairs moves for a 14-day extension of time, until June 26, 2009, to file his brief. The Secretary states that Steven Butler does not consent.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

JUN 2 9 2009
_____
Date

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Steven Butler
Jeffrey A. Regner, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 9 2009

JAN HORBALY
CLERK